UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ZENAIDA JACKSON**<br><br>　　Plaintiff,<br><br>v.<br><br>**WENDY WALLACE,**<br><br>　　Defendant. | 08-CV-5360 (WJM)<br><br><br><br>**ORDER** |

　　This matter having been raised by Plaintiff Zenaida Jackson seeking an application to proceed without the payment of fees under 28 U.S.C. § 1915; and the Court having *sua sponte* screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if it is fails to state a claim upon which relief may be granted; and it appearing that Plaintiff and Defendant Wendy Wallace are residents of the State of New Jersey; and therefore, Plaintiff having failed to demonstrate subject matter jurisdiction for her state tort-related claims through diversity of citizenship pursuant to 28 U.S.C. § 1332; and Plaintiff having failed to allege any facts suggesting any violation of federal law in the Complaint or provide any other grounds for this Court's subject matter jurisdiction; and for good cause shown;

　　**IT IS** on this 19th day of November, 2008, hereby,

　　**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(a); and it is

　　**FURTHER ORDERED** that the Clerk of the Court shall file the Complaint without the prepayment of fees and security; and it is

**FURTHER ORDERED** that Plaintiff may amend her Complaint to cure any of the deficiencies noted by the Court within thirty (30) days; and it is

**FURTHER ORDERED** that should Plaintiff fail to appropriately amend her Complaint, the Complaint will be **DISMISSED** *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted, and the case will be **CLOSED**.

s/William J. Martini
**William J. Martini, U.S.D.J.**